FILED

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0253



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0253

FILED

AUG 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

KENT ALLEN TICHENOR,

    Defendant and Appellant.

ORDER

Appellant Kent Allen Tichenor appeals from the March 31, 2021 Order Revoking Defendant's Sentence and Amended Judgment and Commitment of the First Judicial District Court, Lewis and Clark County. Tichenor argues the District Court imposed an illegal sentence by placing a parole restriction on a revocation where the underlying offense was committed while the 1999 statutes were in effect, there was no parole restriction in the original sentence, and § 46-18-203(7)(a)(iii), MCA (1999), provided that a judge may revoke a suspended sentence "and require the offender to serve either the sentence imposed or any lesser sentence."

The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of striking from the Amended Judgment the court's imposition of a parole restriction.

Based on Tichenor's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is remanded to the First Judicial District Court, Lewis and Clark County, with instructions for the District Court to strike the parole restriction from the March 31, 2021 Order Revoking Defendant's Sentence and Amended Judgment and Commitment.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Michael F. McMahon.

Dated this 23rd day of August, 2022.

_____

_____

_____

_____

_____

Justices